## 15500. WATERS v. THE STATE.

A verdict supported by any evidence and approved by the trial judge cannot be disturbed by this court because of alleged insufficiency of evidence.

DECIDED JUNE 10, 1924.

Indictment for possession of liquor; from Murray superior court —Judge Tarver. February 23, 1924.

*H. H. Anderson,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. There is some evidence to support the verdict, and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State, 21 Ga. App.* 510 *(94 S. E. 618).*

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*